**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 530 EAL 2016
                       :
           Respondent       :
                       :    Petition for Allowance of Appeal from
                       :    the Order of the Superior Court
            v.                :
                       :
                       :
KEVIN MCCLAIN,                :
                       :
           Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.